IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MAX SHOOK,

        Plaintiff,                     No. CIV S-06-2865 MCE EFB

    vs.

TOWN OF TRUCKEE, et al.,

        Defendants.            ORDER

        Plaintiff, who initiated this action *in propria persona*, has filed objections to the undersigned's recommendation of dismissal, through his recently obtained counsel.[1]  Plaintiff filed both an original and amended complaint before the court could make a determination as to his application to proceed *in forma pauperis* ("ifp"), filed December 19, 2006.  On February 2, 2007, the court granted plaintiff ifp status, and dismissed the amended complaint with thirty days leave to file a second amended complaint.  By that same order, the undersigned cautioned plaintiff that failure to timely file a second amended complaint would result in a recommendation that the action be dismissed.

////

---

[1] Plaintiff's counsel filed a notice of appearance on April 3, 2007.

1

1    Plaintiff did not file a second amended complaint within the specified time period, so on
2 March 26, 2007, the undersigned issued findings and recommendations recommending that the
3 action be dismissed.

4    On March 28, 2007, plaintiff filed a request for an extension of time to file a second
5 amended complaint. In that request, plaintiff detailed reasons for his delay in complying with
6 court orders, including medical emergencies suffered by both his son and daughter, which
7 required extended out-of-state stays on his part.

8    On April 4, 2007, through his newly retained counsel, plaintiff again detailed the
9 legitimate delays that prevented plaintiff from timely filing a second amended complaint.
10 Plaintiff also requested that the court reconsider its recommendation of dismissal.

11    Good cause appearing, the undersigned hereby vacates the findings and recommendations
12 of March 26, 2007. Plaintiff shall file a second amended complaint within thirty days from the
13 date of service of this order. Further, plaintiff now represents that his financial circumstances
14 have changed and that he no longer qualifies to proceed ifp. Accordingly, plaintiff's ifp status is
15 revoked, and he shall pay the filing fee within thirty days from the date of service of this order.

16    Finally, because plaintiff is now represented by counsel, the referral to the magistrate
17 judge pursuant to Local Rule 72-302(c)(21) is withdrawn. However, the magistrate judge shall
18 continue to perform his usual discovery tasks associated with ordinary civil cases. Henceforth,
19 the caption on documents filed in this case shall be shown as No. CIV S-06-2865 MCE EFB.

20    SO ORDERED.
21 DATED: May 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2