TERRI KEYSER-COOPER
Nev. Bar #3984
3365 Southampton Drive
Reno, NV 89509
Tele (775) 337-0323
Pro Hac Vice

DIANE K. VAILLANCOURT
California Bar #181348
849 Almar Avenue, Suite C403
Santa Cruz, CA 95060
Tele (831) 458-3440
*Attorneys for Plaintiff Jeffrey Max Shook*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MAX SHOOK, <br><br> Plaintiff, <br><br> vs. <br><br> TOWN OF TRUCKEE, TRUCKEE POLICE OFFICERS: OFFICER RYAN MOREAU #6154, OFFICER MARDISON, OFFICER WALSH, <br><br> Defendants. | Case No. 2:06-cv-02865-MCE-EFB <br><br> **PROPOSED PROTECTIVE ORDER; ORDER** |

For good cause, the Court hereby makes the following findings:

Defendants are seeking production of plaintiff's tax records, medical records, and sensitive photographs of plaintiff's injuries, and plaintiff is seeking the production of the personnel files of the individual defendants. The parties agree that these sensitive, confidential records are necessary to this litigation but object to producing these records in the absence of a protective order. Accordingly, they have entered this stipulated protective order.

This Court finds that these documents may be produced subject to the instant protective order designed to protect the confidentiality interests cited by the parties.

1

Therefore, the Court authorizes defendant Town of Truckee to release to plaintiff:

1. Those portions of the personnel files for individual defendants, Town of Truckee Law Enforcement Officers Moreau, Mardison, and Walsh, consisting of (to the extent that they exist) complaints concerning their conduct as law enforcement officers as specified below, citizen complaints, disciplinary or internal law enforcement review of their activities as police officers, performance evaluations, and disciplinary records, except that personal information such as social security numbers, addresses, phone numbers, medical and insurance information may be redacted.

2. With respect to complaints and/or discipline concerning the officers' conduct, complaints concerning matters arguably relevant to the claims in this case shall be released in accordance with this protective order, such as complaints of excessive force, false arrest, lying, lack of credibility, etc., and, as to complaints deemed by Town of Truckee to be unrelated, a privilege log shall be provided.

In addition, the Court authorizes plaintiff Jeffrey Shook to provide to the defendants:

(1) Signed HIPAA releases for plaintiff's medical records as requested by the defendants in their Request for Production-Set One;

(2) Plaintiff's income tax records for years 2001 through the present, with social security numbers redacted;

(3) Photographs of injuries to plaintiff's posterior alleged to have been caused as a result of the incident at issue in this case.

The aforementioned information may be released only to:

(1) The Federal Court, as necessary for the conduct of the civil action filed by the Plaintiff herein.

(2) Present and future Plaintiffs' and Defendants' counsel of record in this federal civil action and the named parties to this action.

///

///

1     (3) Any experts hired by the Parties for the purpose of prosecuting or defending the

2         litigation of the federal civil action. The information release may be used solely

3         for the purposes of litigation and settlement of this action.

4     Counsel for the Parties to the federal civil action, prior to release of any information

5 covered by this Order to their clients, experts, or other persons to whom this Court has allowed

6 access, shall personally serve a copy of this order on those persons. Anyone who is served by

7 Counsel is hereby noticed by all of the provisions contained herein, and further is noticed that

8 any violation of this Order will be grounds for a finding of contempt by this Court.

9     While this Order allows the release of the information described herein to the persons

10 authorized herein, the Order may be subject to other limiting or protection orders issued by the

11 instant Court.

12 **IT IS SO AGREED,**

13 DATED: December 7, 2007

14                            /s/ Diane K. Vaillancourt
                           TERRI KEYSER-COOPER

15                            DIANE K. VAILLANCOURT
                           *Attorneys for Plaintiff Jeffrey Shook*

16

17 DATED: December 19, 2007     /s/ Bruce D. Praet
                           BRUCE D. PRAET

18                            FERGUSON, PRAET & SHERMAN
                           *Attorneys for Defendants*

19

20 **IT IS SO ORDERED:**

21 Dated: December 20, 2007

22

23                            MORRISON C. ENGLAND, JR.
                           UNITED STATES DISTRICT JUDGE

24

25

26

27

28