TERRI KEYSER-COOPER
Nev. Bar #3984
3365 Southampton Drive
Reno, NV 89509
Tele (775) 337-0323
keysercooper@yahoo.com
Pro Hac Vice


DIANE K. VAILLANCOURT
California Bar #181348
849 Almar Avenue, Suite C403
Santa Cruz, CA 95060
Tele (831) 458-3440
vaillancourt@cruzio.com

*Attorneys for Plaintiff Jeffrey Max Shook*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY MAX SHOOK, | **Case No. 2:06-cv-02865-MCE-EFB** |
| Plaintiff, | |
| vs. | **STIPULATED EXTENSION OF SETTLEMENT CONFERENCE; ORDER** |
| TOWN OF TRUCKEE, TRUCKEE POLICE OFFICERS: OFFICER RYAN MOREAU #6154, OFFICER MARDISON, OFFICER WALSH. | |
| Defendants. | |

The parties hereby stipulate and agree that the Settlement Conference in this case, currently scheduled for May 15, 2008, at 2:00 p.m., may be rescheduled at a date and time convenient to the Court. The rescheduling is necessary due to a conflict that has arisen with that date for plaintiff's counsel. Plaintiff's counsel has advised Courtroom Clerk Stephanie Deutsch of the conflict, and Ms. Deutsch in turn has advised that the dates of June 19, 2008, and June 20, 2008, at 2:00 p.m. are available.

Accordingly, the parties stipulate that the Settlement Conference in this case is to be rescheduled for Thursday, June 19, 2008, at 2:00 p.m.

**IT IS SO AGREED:**

DATED: March 27, 2008.

/s/ Diane K. Vaillancourt
TERRI KEYSER-COOPER
DIANE K. VAILLANCOURT
*Attorneys for Plaintiff Jeffrey Shook*

DATED: March 27, 2008.

/s/ Bruce D. Praet
BRUCE D. PRAET
FERGUSON, PRAET & SHERMAN
*Attorneys for Defendants*

**IT IS SO ORDERED:**

DATED: March 28, 2008

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE