UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JEFFREY MAX SHOOK, | No. 2:06-cv-02865-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| TOWN OF TRUCKEE, TRUCKEE POLICE OFFICERS: OFFICER RYAN MOREAU #6154, OFFICER MARDISON, OFFICER WALSH, | |
| Defendants. | |

On November 24, 2008, Plaintiff filed an emergency request to amend the Court's Final Pretrial Order, given the continuance of the trial in this matter from December 8, 2008 to January 5, 2009, and the unavailability of the medical expert designated by Plaintiff for trial, Howard Boone M.D., for the rescheduled trial date. Counsel for both sides have agreed that Plaintiff's Motion in this regard should be heard on an expedited basis.

///
///

1

    Because Dr. Boone is on-call at a Truckee hospital for the entire duration of the presently scheduled January 5, 2009 trial, Plaintiff's counsel requests either a continuance of the trial date to accommodate Dr. Boone's schedule, or alternatively, permission to amend the Final Pretrial Order to permit the testimony of another already-disclosed medical expert, Michael Salas, M.D.

    Defense counsel does not oppose a short continuance of the trial, and further does not oppose the substitution of Dr. Salas as Plaintiff's testifying medical expert, provided that he be afforded the opportunity to submit an in limine motion with respect to Dr. Salas' testimony.  In reply, Plaintiff states that she does not oppose the late filing of an in limine motion in that regard.

    Because the Court has already cleared the remainder of its schedule to permit this matter to commence trial on January 5, 2009, and given the non-opposition to Plaintiff's request to substitute Dr. Salas as his expert, Plaintiff's Motion to Amend the Final Pretrial Order to permit Dr. Salas' testimony is GRANTED.[1]  Defendants' counsel may, however, file an additional Motion in Limine concerning Dr. Salas' contemplated testimony not later than **December 5, 2008** should he choose to do so.

///

///

///

---

[1] Because oral argument would not be of material assistance, this matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

Any opposition to that in limine request must be filed by **December 10, 2008,** with a reply due not later than **December 14, 2008** in advance of the hearing on the Motions in Limine already set for **December 19, 2008 at 9:00 a.m.**

   IT IS SO ORDERED.

Dated: December 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3